IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO BATTON,<br><br>    Petitioner,<br><br>vs.<br><br>JOE LIZARRYA,<br><br>    Warden, | Case №: 2:19-cv-00016-KJM-DMC<br><br>**O R D E R<br>APPOINTING COUNSEL** |

    The court appointed the Federal Defender in this case. The Federal Defender has determined that a panel attorney should be appointed. Meredith Fahn is appointed to represent the above defendant in this case effective *nunc pro tunc* to March 6, 2020.

    This appointment shall remain in effect until further order of this court.

DATED: May 11, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER APPOINTING COUNSEL      1