IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIO BATTON, | ) | Case №: 2:19-cv-00016-KJM-DMC |
| Petitioner, | ) ) | **O R D E R APPOINTING COUNSEL** |
| vs. | ) ) | |
| JOE LIZARRYA, | ) ) | |
| Warden, | ) ) | |

    The court appointed the Federal Defender in this case. The Federal Defender has determined that a panel attorney should be appointed. Meredith Fahn is appointed represent the above defendant in this case effective *nunc pro tunc* to March 6, 2020.

    This appointment shall remain in effect until further order of this court.

DATED: May 11, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER APPOINTING COUNSEL    1